UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ROBERT B. WRIGHT,<br><br>        Petitioner,<br>v.<br><br>INDIANA PAROLE BOARD,<br>DOC,<br><br>        Respondents. | )<br>)<br>)<br>)   No. 1:07-cv-682-SEB-WTL<br>)<br>)<br>)<br>)<br>)<br>) |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is dismissed without prejudice.

Date: 06/25/2007

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Robert B. Wright
#945903
Madison County Jail
720 Central Avenue
Anderson, IN 46016